**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDERICK BARTON**                                                              **PETITIONER**

**v.**                                              **Case No: 4:25-cv-00233-LPR**

**DEXTER PAYNE,**
*Director, ADC*                                                              **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 24).  No objections have been filed, and the time for doing so has expired.  After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 2) is DENIED and DISMISSED with prejudice.  No certificate of appealability shall issue.  Petitioner's Motion for Release Under False Imprisonment Act (Doc. 17) and Motion for Leave to File a Supplemental Petition (Doc. 19) are DENIED with prejudice.  Petitioner's various Motions for Reply (Docs. 20, 21, 22 & 26) are DENIED as moot.  The Clerk is instructed to close this case.

IT IS SO ORDERED this 18th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] The Court may not agree with every jot and tittle in the RD, but the broad strokes and ultimate conclusion are correct.