**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**FREDERICK BARTON**                                                                     **PETITIONER**

**v.**                                        **Case No: 4:25-cv-00233-LPR**

**DEXTER PAYNE,**
*Director, ADC*                                                                          **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED with prejudice. All requested relief is DENIED. No certificate of appealability shall issue.

IT IS SO ADJUDGED this 18th day of February 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE